# CHARGES AND PENALTIES

**CASE NAME:** Connor Duane Goodman    **CASE NO.** 4:22-CR-6001-SMJ-2

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 04, 2022
SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Make or Possess an Unregistered Destructive Device | CAG not more than 5 years; a fine not to exceed $250,000; not more than 3 years of supervised release; and a $100 special penalty assessment. |