AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CONNOR DUANE GOODMAN | ) Case No. 4:22-CR-6001-SMJ-2 | |
| | ) | |
| | ) | |
| Defendant | ) | |

# 50052-086

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2022

SEAN F. McAVOY, CLERK

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     CONNOR DUANE GOODMAN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 Conspiracy to Make or Possess an Unregistered Destructive Device

Date: Jan 04, 2022, 11:25 am

*Issuing officer's signature*

City and state:  Yakima, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/04/2022, and the person was arrested on *(date)* 01/06/2022
at *(city and state)* Kent, WA.

Date: 01/07/2022

*Arresting officer's signature*

Joseph DeWan, Special Agent
*Printed name and title*