FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 4:22-cr-06001-SMJ-2 |
| vs. | ) |
| | ) |
| Connor Duane Goodman | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Received Rule 5 papers from the United States District Court, Western District of Washington