

# UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
District Court Executive
Clerk of Court

**ERIC SMITS**
Chief Deputy Clerk

January 7, 2022

**CLERK, US DISTRICT COURT**
825 Jadwin Avenue, Suite 174
Richland, WA 99352-3589

Re: Connor Duane Goodman

Your No: 4:22-CR-6001-SMJ-2
Our No: MJ22-005

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated January 7, 2022, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Jessica Sands,
Deputy Clerk