# United States District Court, Eastern District of Washington
## Magistrate Judge James P. Hutton
## Richland

## USA v.  CONNOR DUANE GOODMAN    Case No.   4:22-CR-6001-SMJ-2

Video Conference
The Defendant agreed to appear via video conference.

## Arraignment/Initial Appearance on Indictment:                    01/26/2022

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Patrick Cashman, US Atty (video) |
| | | ☒ | Charlie Varni, Defense Atty (video) |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☐ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

Due to current COVID-19 public health crisis, all parties including Defendant, appeared by video or teleconference.

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

The Defendant acknowledged to the Court that their true and correct name is: CONNOR DUANE GOODMAN.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. USA's Motion for Detention is **withdrawn**.
2. Appearance Bond was posted in WDWA.
3. Conditions of release imposed upon Defendant as were imposed by WDWA which were reviewed with him in Court.  Order forthcoming.
4. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.  Order forthcoming.

Digital Recording/Y-102      Time:  2:00 p.m. – 2:08 p.m.                    Page 1

**Detention Hearing:**
*NA; USA not seeking detention.*