UNITED STAES DISTRICT COURT FOR THE
EASTERN DISTRICT OF THE STATE OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 4:22-CR-06001 MKD-2 |
|---|---|
| Plaintiff, | |
| v. | DECLARATION OF |
| CONNER DUANE GOODMAN, | CONNER DUANE GOODMAN |
| Defendant. | |

I've now spent the last year and a half trying to decide how to explain all this, how to tell the court who and what I am and figure out how to move on. The simplest word I could use to explain what led me here is weakness. The simplest way to explain my goals with this organization is with a few words: security, purpose, and money. This writing is not intended to excuse my behavior, merely to explain it, because I want the record to show who I actually am, not the projection I created to hide my weakness. Nonetheless my actions are also who I am, and I must live with the consequences of those actions.

Growing up there were periods of my life where I was bullied, anxious, and insecure, to some degree I still am. I learned to compensate for this with two things, completely shutting down negative emotions in order to diffuse the scenario, or being argumentative if the situation wasn't threatening. This is what eventually led me down the path of politics, I

DECLARATION OF
CONNER DUANE GOODMAN

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

could attach my fragile masculinity to my debate skills and conjure up an enemy I couldn't actually see face to face. First, I tried going hard left, and then over time I moved to the right as the left started to act less masculine, my opinions changed, but my projection of as an idealist never changed.

Some of my friends in high school were a group of outcasts, people my parents tried to keep me away from, people that had experienced hardship I couldn't begin to understand. Nonetheless, they wore their weakness on their shoulders as well, mainly through more physical and emotional forms. I hated my weaker personality traits, and they encouraged the same, I eventually looked up to this fake strength and started trying to rebuild myself. I was weak, naive, emotional, unable to display anger, and riddled with a savior complex. By the time I reached college, I would attempt to create a new Conner. I thought "new friends, new place, new me." Mostly unsuccessful in the realm of actual personality traits, the result being that I had to further incorporate drugs, partying, promiscuity and political extremism to compensate. That new friend group only lasted four years, after college I started unsuccessfully grasping at straws.

When I saw this movement start, the memes, the sense of community, and the political opportunities drew me in. I couldn't get enough and went all in immediately, trying to find a community. I helped build networks, removed bad actors, and started friendships, I found meaning. I eventually found a group that wanted to go legitimate by establishing a set of rules, some hierarchy, and create a nonprofit to legitimize the movement. None of that really panned out, but I only established myself as a leader at the state level, so all I could do personally was work on convincing people above, below or adjacent to me into doing what I felt was best.

The movement devolved quickly due to bad actors, and we abandoned it early on, as did most within it, instead embracing more broad liberty based terminology. Although we

DECLARATION OF
CONNER DUANE GOODMAN

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

continued with the memes and the terminology because we were already so entrenched. We continued our work as most groups seemed to devolve from within, and ours began to do the same. The others that helped me run the group, Dan among them, started to struggle with the stress of the demands of leadership. I began to take on more and more of the responsibilities, hoping that if I allowed them to rest, they would come back ready to help, but that wasn't really the case. The group was mostly dead for the last couple months of the investigation, and I asked Dan to help me bring the fun back. The fear of a world collapse wasn't motivating anymore, the people that could teach were tired, and my attempts to get them to think about money and political influence failed.

      I accelerated my plans to build a business for the group, so that fun, money, and eventually tangible political change could finally be what motivated them. I thought if I just did it myself and could pull them along with me. The Christmas bonus that I got from my work, (which I actually received the same day as the warrants were served, December 16th, 2021) was going to be used to start the business for the group, a business in the gun world which I had been planning personally for a long time. We started doing more of the fun stuff, survivalism, hikes, training with firearms, barbecues, and even our own thanksgiving celebration at an Airbnb. I started handing out titles to the other active members to further motivate them and keep them active. Let anyone motivated to do something for the group do what they wanted. I let CHS run more firearms training, which we had seriously over saturated already, to the point people started complaining. Broke the group up into smaller sub teams in hopes I could encourage them to meet up more often. We tried everything we could, but we were mostly wasting our energy trying to keep the family alive.

      I wholeheartedly believed those were the intentions of both Dan and CHS when making these devices, a source of fun training tools for the group. They are both good men and good fathers, they made terrible jokes and discussed crazy scenarios, as we all did, but I

DECLARATION OF
CONNER DUANE GOODMAN

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

knew they did not have violence in their hearts. Dan compared his values to CHS's when he recruited him, Dan threatened to leave the group due to unstable and accelerationist members, just like CHS. Dan had long term plans and family to worry about, just like CHS. They were different in many ways, but the same in others. They had regular disagreements, but I wanted to eventually see them operating as a team, leading the group. I figured this might be a good bonding experience for them and knew it would help keep Dan busy with his hands, which is what he needed in my opinion. Dan had actually left the group because he had too much going on with his personal life, he couldn't also handle motivating everyone, the drama, the planning and the teaching. He was having so many nightmares about us being hunted down and killed, so he couldn't sleep. We had a lengthy phone call where I basically begged him to come back, because the group was burning out, I promised him that he didn't need to worry, that his gut was wrong. I said that all these little things that were giving him anxiety were nothing, we didn't need to worry about an investigation because we weren't going to hurt anyone or do anything serious. I told him I needed him back in order to keep our family together, and I ignored all the signs because I was too busy desperately clinging to this family so I could continue stroking my ego. Ultimately the fault rests with me, I promised them all I would keep them safe. That I would keep the crazy people out, and that I would protect them by not allowing stupid choices to be made. I then failed to keep that promise by desperately trying to keep them entertained.

It's understandable that some members are convinced Moral Markets is somehow connected to the group, I kept them mostly in the dark about its intentions, to protect my ideas, but also because I wanted to keep it entirely separate. It's an idea I've been consistently working on since I was in college, and I told the group repeatedly that I'd step down if it was successful to focus on it instead. Moral Markets is not intended to recruit new members for my group, it's going to be run like a B corporation or a nonprofit, but without the tax dodging

DECLARATION OF
CONNER DUANE GOODMAN

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

and excessive leadership paychecks of the typical big business. It's going to be a green energy, infrastructure and community building project, something that's designed to unite both the left and the right of this country together.

This is not the business plan of someone trying to fight the United States, this is the business plan of someone trying to help fix it. The day I decided to file for incorporation was September 11th, 2021, because as I was watching a 9/11 documentary, watching the towers fall, I imagined how terrible it would be to have the country label my group as terrorists, how much damage that would do to my people and their families, and to my family as well. I also imagined how well this country united as one after that day, and I hoped that maybe I could somehow unite them like that again. So right then I decided that I needed to move this group into a verifiable, legitimate position as soon as possible, so that I could step down and move forward with Moral Markets. Given my current situation, it's clearly not the right time to move forward with this project. Nonetheless I have maintained the existence of the company, because I intend to do everything I can to prove to this country who I am after this is over.

When I told my parents what had happened, they were clearly distraught, but after my arrest, my dad couldn't look at me for three days. My night in prison didn't feel great, but that long silence from my father hit me hard. Our relationship is mostly back to normal, but I can still feel how differently he views me, that level of disappointment is hard to hide. At the same time, helping him with projects around the house, his window business, and his Camaro restoration project are some of the main things that kept me going.

I asked the court to give me the chance to continue working, to allow me the opportunity to repay my parents for my legal expenses, help around the house, and to help my dad continue running his business while recovering from his shoulder surgery. I have mostly completed that repayment, but I've also tried to guarantee I can continue that repayment while incarcerated, because I still have student loans to repay them for as well. I helped an old

DECLARATION OF
CONNER DUANE GOODMAN

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

friend from college start a moving business in Texas, but it hasn't quite found its footing yet. I'm only 20 percent owner, but I have some experience getting a business filed, and I'm an administrative minded person. So, he does the heavy lifting and I do the paperwork. We still have a lot to learn, although he's a very motivated man and I'm confident we can get things going. I'm also in the process of helping my sister start a clothing company. She's been struggling with a bipolar diagnosis, and I've been struggling with my legal repercussions, but we both found solace in our fitness routines. So, we plan to have a fitness and mental health focused brand, we also intend on pledging 10 percent of our earnings to mental health nonprofits.

I've also somehow managed to find love during all of this, for the first time in my adult life, with a friend of mine that stuck around through all of this. She's an amazing woman, and she's kept me positive on the days I otherwise wouldn't have been. She has a degree in psychology, and I've always enjoyed the topic, so we've spent a significant amount of time openly working through our issues together. She's been a friend to all of my family members, she helped me get a job immediately after getting fired, she helped find my sister a summer job, she's become something of my North Star. We have a complicated situation given my current legal circumstances and our past traumas, so we haven't put a title on it. I guess we hoped it'd make it easier to end things if I do significant time, but ever since we started saying we love each other, I'm not sure it'll help much. If it goes the other way, I'm going to marry her and give it my all.

More recently I've been doing serious personal work, and I've realized that I do actually need therapy. I've always feared it, and I'm pretty good at lying to myself about things, so I kept trying to convince myself I was okay. I guess I used the same recreation process all over again, I've worked on myself quite a bit, but I avoided many of the weaker parts of myself. I guess I thought that if I managed to keep my emotional weaknesses buried

DECLARATION OF
CONNER DUANE GOODMAN

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

long enough, I could be strong enough to survive prison time. Instead, all I did was let fear stunt my growth and put myself in a worse position again, too many things happened at once and I simply couldn't handle it. I think I've discovered why anger is an inaccessible emotion for me, and it's going to take a lot of work to get myself where I should be.

      I understand this is long, but I could write a whole book explaining what led me here. I've had a lot of time to learn these last 18 months, and I can't even begin to express how much I appreciate the opportunity to do that work while on house arrest. I understand a serious amount of additional learning time might be given to me, and I'm fully ready to accept that.

DATED this 23ʳᴰ day of August 2023.



Conner James Goodman
Defendant

DECLARATION OF
CONNER DUANE GOODMAN

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800