I met Conner about seven years ago. We shared a dorm called Beck Hall at Central University in Ellensburg. Being in that setting was a great experience to grow, and recognize peers with similar mindsets. Conner is one of the peers that has helped me consider my train of thought and act reasonably. He has supported me in the past and I know that he will continue to due to his loyalty as a friend.

I have witnessed my friend Conner adopt new thought processes, and really reflect on our past with a level of maturity that I both respect and admire. Knowing that he plans to grow from mistakes he made without any doubt is what prompted this statement. We have talked throughout the years, and he never tried to hide any of his mistakes. He has owned up to them, and based on our discussions gained the value of hindsight. I also know how dependable he has been with me for the past seven years. So I can truthfully state that from all my time with Conner, he has been trustworthy.

I hope that you will quote from this freely because Conner is a friend who has stood up for me in the past. On many occasions he has helped me out when I made mistakes of my own.


I state that all of the above is the truth on my word as a man,

Alexander T. Thoburn

**From:** Amber Howard <amberhoward420@gmail.com>
**Sent:** Wednesday, March 1, 2023 4:31 PM
**To:** Charlie Varni <charlie@newtonandhall.com>
**Subject:** Character reference letter for Conner Goodman

Hi, my name is Amber Howard I am writing this to provide a character reference for Conner Goodman. I've known Conner since we were both in 2nd grade which was in September of 2002. He's been my best friend for 20 years and still is to this day.

In all the 20 years I've known Conner I've seen him be an outstanding citizen and friend. He's helped strangers push their cars out of the road plenty of times. Which I had been witness to. He would walk me home after hanging out at his house every time to make sure I was safe because I'm only 5' 3" and 130 pounds and wouldn't be able to defend myself as well so I was always thankful and heartfelt that he would walk with me.

There was a point in time he was giving me rides back and forth to work when my dad had cancer back in 2018 and 2019, which I was very thankful for also because he would have to go out of his way to help me but he never cared and he always told me that every time he drove me. He would go to the store for me and my family. For example, my dad was so sick with cancer that me and my family were scared to leave my dad alone because he could be gone at any minute and Conner wanted to help us in any way he could so one of the things we needed help with was going to the store. So we would give Conner a list to go to the store with and and money and he would come back with the groceries and never asked for a dime, which again I was very thankful for and could never repay him for his generosity and selflessness nature.

He calls my mom and dad "mom and dad" as I do with his and my parents call him "son" and I always found that comforting and kind of funny because usually when my parents got home from work, my friends had to leave but if Conner was there, he was always one that could stay because my parents liked him that much.

I had met Conner through a mutual friend at school and after getting to know him we became best friends basically right away. I was right about him being a great person and an even better friend. Conner has always had my back, has always helped me regardless if I asked or not, and he's been my top best friend as I said for 20 years.

For example about 5 years ago now, my house had 3 giant trees in the front yard and one year one of them fell from a storm. It blocked the roadway in front of my house so I called Conner to see if he would come over to help me saw up the tree with my brothers. And when I called him I remember him saying "for sure yah I'll be down in a sec" and when I hung up I said to myself "YES YOU THE MAN GOODMAN THANK GOD" because it was around 7am on a Sunday and I didn't think he would answer with it being so early but he did and we got the tree out of the road and cleaned up the street.

There was another time where Conner had met up with me to go to 711 and we were in line and this little kid who was maybe the age of 6 or 7, was in front of us trying to buy some snacks and a slurpee and he didn't have enough money and I remember conner saying to the clerk "put it with mine I'll pay for it" and the clerk asked if he was sure and Conner said "yes" and the little kid said "THANK YOU" so loud and was super happy.

I'm conclusion, I can understand how difficult it could be to make decisions like this when you don't actually know the person in front of you, so I hope that this letter can convince the court that Conner is a graceful and sincere person.

For any further questions or concerns please feel free to contact me anytime at +14254174415 or amberhoward420@gmail.com

Amber R. Howard

As parents we tried to instill values in our children hoping they would grow up to become good people and decent adults. We have always been proud of the young man Conner became – hardworking, respectful, caring, and honest.

It has always been important to Conner not to burden us financially. He has been working since college to help pay his way and for many years, worked side by side with his Dad. He was deeply concerned with us spending money to hire a lawyer and has worked hard to pay us back during this last year and half.

Conner is always the first to offer help and was the person his paternal grandfather would call whenever he needed help with technology, yard work, etc. His maternal grandparents still give him high praise for taking a week off work to drive them around Seattle when they came to town for his sister's high school graduation. Conner's sister struggles with mental health issues and he is her go to person when she is having a tough time. When his high school friend's dad was dying from cancer, Conner did whatever he could to help their family. Giving rides to his friend to work and back, giving them money, whatever they needed. He eventually "sold' them his car, but we are not sure he even took any money from them.

Conner is a good person and is trying to take responsibility for his actions. Please take this into consideration. As his parents, we are worried about how this will impact his future.

Sincerely,

Brian and Nancy Goodman

# C. John Cannon

1400 Lake Washington Blvd N, #C-406
Renton, WA  98056
CJohnCannon@gmail.com
(425) 301-9298

April 2, 2023

*Sent via email to* *Charlie@NewtonandHall.com*

**RE: CONNER GOODMAN**

Dear Charlie –

Please accept this as a reference letter for Mr. Conner Goodman.

I have been a co-worker with Conner for several months and last week was inspired to write an internal  "Nominate a Peer" recommendation for Conner that was shared throughout our entire organization as a symbol of excellence. It should be shared with you, as well. **Conner has an exceptional work ethic, is extremely conscientious and along with an excellent positive attitude is completely thorough in his daily work performance. He is a true professional in our company and can be pointed to as a "worker of excellence".**

As a Driver for our firm, my daily production and performance is directly impacted by the results of those dockworkers/forklift drivers who load our trailers and we are asked to write daily reports on how our individual routes were loaded. Countless times, I have written "Perfection" when referencing Conner's direct job performance. His skill level is extraordinary and I can always count on his loaded trailers to be perfectly sequenced, loaded appropriately to company standards and Conner always goes the extra mile to make sure items are secured properly. Conner is the only dock worker I have written such a positive review.

I am now retired from having built numerous companies throughout my career but would not hesitate to hire Conner as a trusted, skilled and competent conscientious employee if I was ever in need again.

Sincerely,

C. John Cannon
Driver Sales Representative

CJC/j

Evelyn Janet Dardon

31908 120th PL SE

Auburn, WA 98092

206-859-8025

Evelyndardon2@gmail.com

February 19, 2023

To Whom It May Concern,

I am writing in reference to Conner Goodman. I have had the privilege of sharing a trusting, stable, and warm friendship with Mr. Goodman for over ten years. We met in college while I was completing my degrees in Psychology and Nutrition & Food Science. He was an exceptionally good-natured, kind, and selfless person when we met and continued to mature into the wholesome man you see today.

When Conner shared the news of his alleged charges with me, I was surprised because of his kind and easy-going nature. He has never struck me as an aggressive or malicious person. Conner has always been a very caring and nurturing person, even putting the needs of others before his own.

This was further demonstrated to me when he helped me recover from a car accident last year. He was one of the first people I informed because we had plans for later that day that I would have to cancel since I would be in the hospital. He showed nothing but care and concern for my health and well-being. He was not flustered or frustrated in any sense, he has never been an extreme or reactive person. I spent my time right out of the hospital by his side, he provided me with a warm and stable environment to aid in my recovery. Conner helped ease the mental strain I had after such a traumatic experience, even while dealing with his own issues and stress. He is by far the most trustworthy and stable person I have ever met.

I thank you for taking the time to read this letter and for considering the nature of Conner Goodman's character. I hope this letter has helped shine a light on his true well-meaning nature.

Sincerely,

Evelyn J. Dardon

To whom it may concern,

Conner Goodman asked if I'd be willing to write a character reference for him. We have worked together for about eight months at XPO, a less than truckload trucking company. Conner has been a dock worker during this time. I have been a driver here for about 25 years.

This line of work is full of challenges. Sometimes, it can bring out the worst in people. Anger and frustration can easily come to the surface throughout the course of any given shift, especially on the dock, which in some ways is the most difficult aspect of our operation. But Conner takes it all in stride with an apparent sense of patience and equanimity that could only be described as admirable.

From my experience with Conner, I see him as a capable professional. He has helped me on a number of occasions to make adjustments to my load. Every time he has done so with a generous spirit, with kindness and respect.

One time I asked Conner if he had any plans to advance to the position of driver or even move into management. The reason I asked is because of what I've seen in him. Someone like him should have a bright future, whatever direction he chooses. He is smart. He is thoughtful, and he cares. I have been around for awhile now. Sometimes, I feel a bit worn down. But seeing a young man like Conner is like a breath of fresh air. Someone like Conner on my team inspires me.

Sincerely,
Jeff Simpson
Driver Sales Representative, XPO

April 8, 2023

To Whom It May Concern,

I, Jojo Alejo, am writing this letter in reference to Conner Goodman who is my coworker at XPO Logistics.

From my time knowing Conner, he has been a good person to work with.  I have observed he is always on time coming to work with an uplifting can do attitude.  I would choose Conner to help with my tasks as he is very responsible and someone I can depend on.  He goes above and beyond his duty and is always willing to help without having to ask showing great work ethics.

Please do not hesitate to contact me at (206) 963-7669 or through email at jojo_alejo@icloud.com if you need further information.


Sincerely,

Jojo Alejo

My name is Lee Cody and I was writing to just give you my input on Conner. He has not specified anything to me of what he has done only that it was not good and that he deeply regrets being involved in anyway and whatever happened was not his intent. As far as his day to day at work he is very focused on making sure that he does his job right and safe. He cares about his coworkers and doing all he can to help them to make sure their day is well too. He has a great heart and despite whatever he has done in his past, seems to be good natured and seemingly understanding of right and wrong. I personally feel that perhaps being a bit younger that maybe some immaturity played a part in his wrong doing but feel he has accepted responsibility for that and beats himself up for it. Just listening to him speak , I feel that he definitely would not make the same or similar mistakes again as like I stated I think he has grown from it and sounds like he surrounds himself with better people. We have all made mistakes and had to learn from them and while I do not know what he did,  I would say I believe he has learned from it. I don't think that jail or prison is a cure all for everyone and for what it's worth might recommend some counseling and /or maybe a plan for monetary compensation if it is something related to that. I believe Conner would be served better by staying out of Jail or prison and continuing to stay focused on his job and growing his future and maybe probation so that he is still checking in and being held accountable. If you have any questions please feel free to contact me !
Thank you, Peace

Lee Cody
763-286-6115

Sent from my iPhone

Mahul Ghai

732 Rutherford Drive

Crowley, TX 76036


March 28, 2023


RE: Conner Goodman


My name is Mahul Ghai and I have known Conner Goodman as a good friend for nine years. I met Conner at college during my freshman year in 2014. It was from that day on that I knew he was very smart and kind. He did very well in school, which always led me to assume that he would do very well in life. I was very surprised to hear about his recent case as he has always been a standup guy and a great friend to me. It is for this reason that I am happy to write a letter of reference for Conner Goodman regarding this matter.

Conner and I have many of the same peers still today and they view Conner the same way that I do. Conner has always been the person that will buy friends food if they didn't have money or enough to eat. We also had the same major in college and I can remember countless times that he helped me with my assignments. Conner was one of the main people who kept in touch when I had to leave college suddenly due to urgent family matters. He always offered support wherever I needed it. He is truly a great friend.

In addition to being a great friend, Conner is a great son & brother. He holds his family in the highest regard and will go above and beyond to make sure they are okay. He and his parents have a great relationship that I have had the privilege of experiencing up close.

It is my hope that the court takes this letter into consideration should there come a time of sentencing. Despite the current case, I still believe that Conner Goodman is the same personable, honorable individual that I met back in 2014.


Sincerely,


Mahul Ghai

Melakia Hughes
1020 Scotland Drive Apt 1004
Desoto, TX 75115


August 8, 2023

RE: Conner Goodman

      Hello, my name is Melakia Hughes and I have had the pleasure of having conner as a friend for the past three years. I initially met Conner through my boyfriend because they have been best friends for years. He immediately gives off the energy of a hard worker who tries to do the best at any task at hand.  That is why when I heard about his case, I was honestly shocked. But, I am so sure of his character that writing this letter of reference was necessary.

      Conner is the type of person to invite everyone in the room into the conversation. He is able to hear opposing views from his own and respond politely. He is easy to get along with and is - judging by the way he treats my boyfriend and other peers in our friend group - a very good friend. I have only known Conner a short time myself but I can tell we will remain friends for life.

      Conner is always willing to give advice or tell a friend that they've done a good job on something. He is also this way with family. His mom, dad, and sister are extremely important to him and he works to make his family as proud as he can. You will always catch him raving about his mom's cooking, his dad's knowledge of cars, and his sister's graphic design skills.

      It is my hope that the court will consider this letter an accurate testament of Conner Goodman's character. I hope that his character will be heavily considered during the time of possible sentencing.


Sincerely,

- Melakia Hughes

August 10, 2023
Marin Yanchuk
1309 NW 25th Avenue Battle Ground, Washington 98604

Your Honor,

The intent of this letter is to provide a character witness for Connor Goodmen. My name is Marin Yanchuk. My family and I immigrated to the United States in 2001 from Ukraine. I am the Owner and Operator of a trucking company where I provide transportation solutions for companies looking to move goods. This is where I met Connor.

I have known Connor for about three years. I know/knew him as a Forklift Operator at his place of employment. He would load my vehicle efficiently and carefully. He took great care loading my truck. He was kind to me and did not treat me differently as a person with an accent. Over the course of maybe forty to sixty loads we developed kindheartedness towards one another.  He would help me with my English and help answer questions I would have. In his responses to my questions, he was patient and nice.

My feelings towards him were that he is a smart caring individual who reminded me of a person with respect and dignity. He was good at his job and expressed interest in one day making something of himself and expressed interest in wanting to foster a business or participate more in the community beyond a Forklift Operator. For the time I knew him and would work with him he would embody kindness towards me and his colleagues.

I did not know him outside of employment, but hope my testimony provides some insight to the kindness he provided me.

Sincerely,

Marin Yanchuk

**From:** Megan Keller <meganne1984@gmail.com>
**Sent:** Wednesday, May 17, 2023 3:39:06 AM
**To:** Charlie Varni <charlie@newtonandhall.com>
**Subject:**

To whom it may concern:

My cousin Conner Goodman is a sweet and kind hearted individual. I am not sure about what is going on in this case besides a huge lapse in judgement and lesson to be learned.

I can say this about his character, he has a good heart and he is caring. He is very kind and loyal to his family and friends which is why this saddens me he got involved in this type of situation.

Please take careful consideration and give leniency to a good young man.

Thank you so much!
Megan Keller

Character Reference: Connor Goodman
May 18, 2023


To Whom it may concern:

I am a long time family friend of the Goodmans, having known them for more than 15 years on a personal level and have engaged with them during many family events, school events and other social gatherings.  I have known Connor Goodman, the eldest son of Brian and Nancy Goodman, since he was a young child.  Connor has interacted with our family and my two sons on many occasions for more than 15 years since my boys were in preschool.  As a teenager Connor on several occasions had babysat for my boys, has been given the keys to our home to house sit and care for our pets while we were on vacation and has consistently demonstrated nothing more than the utmost respect and appropriate behavior during these activities, during social gatherings and celebrations.   As a youngman I have interacted with Conner and have observed nothing but respect and appropriate behavior in all interactions.  Connor is an upstanding youngman who respects others, works hard to better himself, demonstrates genuine concern and goodness towards others and would never intentionally cause harm or disregard towards others.  I would trust Connor with my home, my personal property and would count on him in my hour of need.


Michael Tift
Renton, WA

**From:** Charlie Varni
**To:** Angel Lombardo
**Subject:** Fwd: Conner goodmen
**Date:** Friday, May 5, 2023 8:58:35 AM

**From:** Mitchell Van Buskirk <mitchvanb88@icloud.com>
**Sent:** Wednesday, May 3, 2023 9:28:00 PM
**To:** Charlie Varni <charlie@newtonandhall.com>
**Subject:** Conner goodmen

Mitch van buskirk I work for vashon trucking. I pick up at xpo where conner works.  I have gotten to know him over the last few months he is very helpful and friendly. Stand up guy.   Here is my number call me if you have any questions. 206 755 6818

Sent from my iPhone

Charlie,

I'm writing you this letter about the character of Conner Goodman, one of your clients. Conner was my room mate in college, we lived together for 2 years. I'm not really sure what all this kind of thing is meant to include, so I hope that the following is sufficient.

----

I met Conner Goodman when I was a Freshman in College. We lived in the same freshman dormitory, and we became friends quickly as we went through our college journey together.

My first impression of Conner was that he was someone who cared deeply about the world around him, and he was generally a passionate person. The more I learned about my new friend, the more I came to enjoy spending time with him. After about a year and a half of friendship, we moved in together and were room mates for another two years.

After these two years, we moved apart. I went from being a recent college graduate to moving to California for work. Conner and I fell out of touch, having sparse conversations and occasionally talking on the phone. I was as surprised as anyone to hear about the kind of trouble that Conner found himself in.

I'm not going to argue whether I believe Conner did what he is accused of. I will say that Conner is a good man, and I don't believe he meant to hurt anyone along the way. One thing I know that Conner believes in is called the Non Aggression Principle. This states that you never take an aggressive action against a person who is not imminently threatening your physical safety. Whether Conner lost his way at some point is up for debate, but I do know that in his heart he is a good person, and at some point he got mixed up in a bad crowd.

Conner was always there for me when I needed him. He is the kind of person who would do anything for his friends, his family, or those that he cares about. I hope that this has been a wake up call for Conner, and that he can put whatever trouble he found in the past and move on to greater things.

I hope that you consider what I have said in making making future decisions.

Thank you for your time,

Samuel Coleman

----

Character Reference for Conner Goodman

Dear Judge,

I am writing this character reference letter on behalf of my young cousin, Conner Goodman, whom I have known for the entirety of his life. I am aware that Conner is currently facing serious charges and is appearing before the court. I am writing to provide insight into his character, based on my personal observations and interactions with him.

Conner has always been extremely intelligent. Even at a very young age, he was usually the smartest person in a room full of adults. He could discuss foreign policy and economics with enough detail and enthusiasm to hold his own well beyond the "big kids" table at family events. He has always been a diligent and hardworking young man who has demonstrated a strong commitment to his family, friends, and community.

Conner is a very intelligent and considerate individual, a loving brother, cousin, and son. He has a strong support system in place. His family and friends, including myself, stand by him and believe in his ability to learn from this experience and grow as a loving and positively contributing member of society. We ask that you give him the opportunity to repair the road that his mistakes have paved and allow him to move forward with a heightened sense of purpose, albeit with an acute awareness of the weight and gravity of choices in his past that will most certainly shape his future character.

I firmly believe that the charges Conner is currently facing do not accurately represent his loving spirit and character. He has always been an incredibly bright person, with a sincere commitment to bettering his life and the lives of those around him. I kindly request the court's leniency and fair consideration when determining an appropriate decision in this case.

I genuinely appreciate you taking the time to read this letter, as I assume you must receive quite an abundance of these from concerned and loving family members. Should you require any further information or have any questions, please do not hesitate to contact me. I am available at your convenience to provide any additional details or clarification.

Sincerely,


Tanner Hewitt

**From:**      Teagen Allerdice
**To:**        Charlie Varni
**Subject:**   Character reference for Connor Goodman
**Date:**      Sunday, February 05, 2023 7:31:58 PM

To whom it may concern:

I have known Mr. Goodman a very long time; we first met back in 2006 at Nelson Middle School during our sixth grade. From then until now I have remained very close to Mr. Goodman for many reason. First and foremost I can say with absolute certainty that there is no human being more honest and trustworthy than Mr. Goodman. He has always been a stand up character with a strong moral compass; willing to say the difficult truths and always strayed away from lies and deception. However, his trustworthiness is far from his only redeeming quality; Conner has a compacity for empathy and compassion that is seldom seen these days. Regardless of a person's race, sexual orientation, religion, political beliefs, anything, if there is a way for Conner to help, he does. No questions asked, no thought of reward. He simply moves into action and provides whatever assistance he can because that's who he is. Sending Conner Goodman to prison would be like sending a fish to the moon. Sure we can do it but why would we? Fish got no business on the moon, same as Goodman has no business in prison.

1
2
3
4
5
6

**UNITED STAES DISTRICT COURT FOR THE
EASTERN DISTRICT OF THE STATE OF WASHINGTON**

7
8

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Case No.  22-CR-06001 SMJ** |
| v. | |
| **CONNER JAMES GOODMAN,** | **DECLARATION OF**<br>**CONNER JAMES GOODMAN** |
| **Defendant.** | |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

I've now spent the last year and a half trying to decide how to explain all this, how to tell the court who and what I am and figure out how to move on. The simplest word I could use to explain what led me here is weakness. The simplest way to explain my goals with this organization is with a few words: security, purpose, and money. This writing is not intended to excuse my behavior, merely to explain it, because I want the record to show who I actually am, not the projection I created to hide my weakness. Nonetheless my actions are also who I am, and I must live with the consequences of those actions.

Growing up there were periods of my life where I was bullied, anxious, and insecure, to some degree I still am. I learned to compensate for this with two things, completely shutting down negative emotions in order to diffuse the scenario, or being argumentative if the situation wasn't threatening. This is what eventually led me down the path of politics, I

PROPERTY REPORT<br>REPORT NO. 22-325-01472

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC<br>610 CENTRAL AVENUE SOUTH<br>KENT, WASHINGTON 98032<br>(253) 852-6600 - FAX (253) 852-6800

could attach my fragile masculinity to my debate skills and conjure up an enemy I couldn't actually see face to face. First, I tried going hard left, and then over time I moved to the right as the left started to act less masculine, my opinions changed, but my projection of as an idealist never changed.

Some of my friends in high school were a group of outcasts, people my parents tried to keep me away from, people that had experienced hardship I couldn't begin to understand. Nonetheless, they wore their weakness on their shoulders as well, mainly through more physical and emotional forms. I hated my weaker personality traits, and they encouraged the same, I eventually looked up to this fake strength and started trying to rebuild myself. I was weak, naive, emotional, unable to display anger, and riddled with a savior complex. By the time I reached college, I would attempt to create a new Conner. I thought "new friends, new place, new me." Mostly unsuccessful in the realm of actual personality traits, the result being that I had to further incorporate drugs, partying, promiscuity and political extremism to compensate. That new friend group only lasted four years, after college I started unsuccessfully grasping at straws.

When I saw this movement start, the memes, the sense of community, and the political opportunities drew me in. I couldn't get enough and went all in immediately, trying to find a community. I helped build networks, removed bad actors, and started friendships, I found meaning. I eventually found a group that wanted to go legitimate by establishing a set of rules, some hierarchy, and create a nonprofit to legitimize the movement. None of that really panned out, but I only established myself as a leader at the state level, so all I could do personally was work on convincing people above, below or adjacent to me into doing what I felt was best.

The movement devolved quickly due to bad actors, and we abandoned it early on, as did most within it, instead embracing more broad liberty based terminology. Although we

PROPERTY REPORT
REPORT NO. 22-325-01472

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

continued with the memes and the terminology because we were already so entrenched. We continued our work as most groups seemed to devolve from within, and ours began to do the same. The others that helped me run the group, Dan among them, started to struggle with the stress of the demands of leadership. I began to take on more and more of the responsibilities, hoping that if I allowed them to rest, they would come back ready to help, but that wasn't really the case. The group was mostly dead for the last couple months of the investigation, and I asked Dan to help me bring the fun back. The fear of a world collapse wasn't motivating anymore, the people that could teach were tired, and my attempts to get them to think about money and political influence failed.

I accelerated my plans to build a business for the group, so that fun, money, and eventually tangible political change could finally be what motivated them. I thought if I just did it myself and could pull them along with me. The Christmas bonus that I got from my work, (which I actually received the same day as the warrants were served, December 16th, 2021) was going to be used to start the business for the group, a business in the gun world which I had been planning personally for a long time. We started doing more of the fun stuff, survivalism, hikes, training with firearms, barbecues, and even our own thanksgiving celebration at an Airbnb. I started handing out titles to the other active members to further motivate them and keep them active. Let anyone motivated to do something for the group do what they wanted. I let CHS run more firearms training, which we had seriously over saturated already, to the point people started complaining. Broke the group up into smaller sub teams in hopes I could encourage them to meet up more often. We tried everything we could, but we were mostly wasting our energy trying to keep the family alive.

I wholeheartedly believed those were the intentions of both Dan and CHS when making these devices, a source of fun training tools for the group. They are both good men and good fathers, they made terrible jokes and discussed crazy scenarios, as we all did, but I

PROPERTY REPORT
REPORT NO. 22-325-01472

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

knew they did not have violence in their hearts. Dan compared his values to CHS's when he recruited him, Dan threatened to leave the group due to unstable and accelerationist members, just like CHS. Dan had long term plans and family to worry about, just like CHS. They were different in many ways, but the same in others. They had regular disagreements, but I wanted to eventually see them operating as a team, leading the group. I figured this might be a good bonding experience for them and knew it would help keep Dan busy with his hands, which is what he needed in my opinion. Dan had actually left the group because he had too much going on with his personal life, he couldn't also handle motivating everyone, the drama, the planning and the teaching. He was having so many nightmares about us being hunted down and killed, so he couldn't sleep. We had a lengthy phone call where I basically begged him to come back, because the group was burning out, I promised him that he didn't need to worry, that his gut was wrong. I said that all these little things that were giving him anxiety were nothing, we didn't need to worry about an investigation because we weren't going to hurt anyone or do anything serious. I told him I needed him back in order to keep our family together, and I ignored all the signs because I was too busy desperately clinging to this family so I could continue stroking my ego. Ultimately the fault rests with me, I promised them all I would keep them safe. That I would keep the crazy people out, and that I would protect them by not allowing stupid choices to be made. I then failed to keep that promise by desperately trying to keep them entertained.

It's understandable that some members are convinced Moral Markets is somehow connected to the group, I kept them mostly in the dark about its intentions, to protect my ideas, but also because I wanted to keep it entirely separate. It's an idea I've been consistently working on since I was in college, and I told the group repeatedly that I'd step down if it was successful to focus on it instead. Moral Markets is not intended to recruit new members for my group, it's going to be run like a B corporation or a nonprofit, but without the tax dodging

PROPERTY REPORT
REPORT NO. 22-325-01472

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

and excessive leadership paychecks of the typical big business. It's going to be a green energy, infrastructure and community building project, something that's designed to unite both the left and the right of this country together.

This is not the business plan of someone trying to fight the United States, this is the business plan of someone trying to help fix it. The day I decided to file for incorporation was September 11th, 2021, because as I was watching a 9/11 documentary, watching the towers fall, I imagined how terrible it would be to have the country label my group as terrorists, how much damage that would do to my people and their families, and to my family as well. I also imagined how well this country united as one after that day, and I hoped that maybe I could somehow unite them like that again. So right then I decided that I needed to move this group into a verifiable, legitimate position as soon as possible, so that I could step down and move forward with Moral Markets. Given my current situation, it's clearly not the right time to move forward with this project. Nonetheless I have maintained the existence of the company, because I intend to do everything I can to prove to this country who I am after this is over.

When I told my parents what had happened, they were clearly distraught, but after my arrest, my dad couldn't look at me for three days. My night in prison didn't feel great, but that long silence from my father hit me hard. Our relationship is mostly back to normal, but I can still feel how differently he views me, that level of disappointment is hard to hide. At the same time, helping him with projects around the house, his window business, and his Camaro restoration project are some of the main things that kept me going.

I asked the court to give me the chance to continue working, to allow me the opportunity to repay my parents for my legal expenses, help around the house, and to help my dad continue running his business while recovering from his shoulder surgery. I have mostly completed that repayment, but I've also tried to guarantee I can continue that repayment while incarcerated, because I still have student loans to repay them for as well. I helped an old

PROPERTY REPORT
REPORT NO. 22-325-01472

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

friend from college start a moving business in Texas, but it hasn't quite found its footing yet. I'm only 20 percent owner, but I have some experience getting a business filed, and I'm an administrative minded person. So, he does the heavy lifting and I do the paperwork. We still have a lot to learn, although he's a very motivated man and I'm confident we can get things going. I'm also in the process of helping my sister start a clothing company. She's been struggling with a bipolar diagnosis, and I've been struggling with my legal repercussions, but we both found solace in our fitness routines. So, we plan to have a fitness and mental health focused brand, we also intend on pledging 10 percent of our earnings to mental health nonprofits.

I've also somehow managed to find love during all of this, for the first time in my adult life, with a friend of mine that stuck around through all of this. She's an amazing woman, and she's kept me positive on the days I otherwise wouldn't have been. She has a degree in psychology, and I've always enjoyed the topic, so we've spent a significant amount of time openly working through our issues together. She's been a friend to all of my family members, she helped me get a job immediately after getting fired, she helped find my sister a summer job, she's become something of my North Star. We have a complicated situation given my current legal circumstances and our past traumas, so we haven't put a title on it. I guess we hoped it'd make it easier to end things if I do significant time, but ever since we started saying we love each other, I'm not sure it'll help much. If it goes the other way, I'm going to marry her and give it my all.

More recently I've been doing serious personal work, and I've realized that I do actually need therapy. I've always feared it, and I'm pretty good at lying to myself about things, so I kept trying to convince myself I was okay. I guess I used the same recreation process all over again, I've worked on myself quite a bit, but I avoided many of the weaker parts of myself. I guess I thought that if I managed to keep my emotional weaknesses buried

PROPERTY REPORT
REPORT NO. 22-325-01472

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

long enough, I could be strong enough to survive prison time. Instead, all I did was let fear stunt my growth and put myself in a worse position again, too many things happened at once and I simply couldn't handle it. I think I've discovered why anger is an inaccessible emotion for me, and it's going to take a lot of work to get myself where I should be.

I understand this is long, but I could write a whole book explaining what led me here. I've had a lot of time to learn these last 18 months, and I can't even begin to express how much I appreciate the opportunity to do that work while on house arrest. I understand a serious amount of additional learning time might be given to me, and I'm fully ready to accept that.

DATED this 23RD day of August 2023.

_____
Conner James Goodman
Defendant